# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUANA MORENO, et al.<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 1:23-cv-00449-SAB<br><br>ORDER DIRECTING THE CLERK OF THE COURT TO TERMINATE PLAINTIFF GEORGE MORENO AS A PARTY IN THIS ACTION<br><br>(ECF No. 25) |

On February 27, 2024, the parties filed a stipulation to allow Plaintiff George Moreno, only, to dismiss his claims against Defendant United States of America without prejudice and with each party to bear its own costs and attorneys' fees. (ECF No. 25.) In light of the stipulation of the parties, George Moreno's claims have been terminated and George Moreno has been dismissed as a Plaintiff in this action without prejudice and without an award of costs or attorneys' fees.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

Accordingly, the Clerk of the Court is DIRECTED to terminate Plaintiff George Moreno from this action without prejudice. This matter will proceed as to the claims alleged against Defendant United States of America by the remaining Plaintiffs Juana Moreno, Veronica Moreno, Diega Moreno, Cristina Moreno, Nancy Moreno, Gabriel Moreno, and Jerado Moreno.[1]

IT IS SO ORDERED.

Dated: **February 27, 2024**

UNITED STATES MAGISTRATE JUDGE

---

[1] The Court notes the proposed order omits Juana Moreno as a Plaintiff.  (See ECF No. 25-1.)  The Court has not received a stipulated request for dismissal of Juana Moreno as a Plaintiff in this action.  The Court therefore construes the omission as a mistake.

2