# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUANA MORENO, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>　　　　Defendants. | Case No. 1:23-cv-00449-SAB<br><br>ORDER GRANTING STIPULATION TO MODIFY THE SCHEDULING ORDER<br><br>(ECF No. 27) |

Plaintiffs initiated this action on March 24, 2023. (ECF No. 1.) On October 17, 2023, the Court issued a scheduling order. (ECF No. 19.) Pursuant to the scheduling order, the non-expert discovery deadline is set for March 3, 2025. (Id. at 2.)

On February 5, 2025, the parties filed a stipulation to extend the nonexpert discovery deadline from March 3, 2025 to March 14, 2025. (ECF No. 27.) The parties proffer the extension of time is necessary to accommodate the parties' trial calendars in other matters and the depositions still needed to be completed in this matter.

The Court construes the parties' stipulation as a motion to modify the scheduling order. This is the parties' first request to modify the scheduling order. The Court finds good cause exists to grant the stipulated eleven day extension of time to complete nonexpert discovery.[1]

---

[1] In the Court's October 17, 2023 scheduling order, the Court noted that "**Stipulations extending the deadlines contained herein will not be considered unless they are accompanied by affidavits or declarations, and where appropriate attached exhibits, which establish good cause for granting the relief requested.**" (ECF No. 19 at 7

Accordingly, good cause appearing and pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. The stipulated motion to modify the scheduling order (ECF No. 27) is GRANTED;
2. The non-expert discovery deadline is extended to **March 14, 2025**; and
3. All remaining deadlines set forth in the scheduling order shall remain unaltered.

IT IS SO ORDERED.

Dated:   **February 5, 2025**

STANLEY A. BOONE
United States Magistrate Judge

---

(emphasis in original).) The Court recognizes the parties' did not file an affidavit, declaration, or other appropriate exhibit establishing good cause for granting the instant motion; however, in the interest of expediency, preserving court resources, and given the timely agreement of the parties, the Court finds good cause to extend the expert discovery deadline. Future requests must meet the requirements set forth in the scheduling order.

2