# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUANA MORENO, *as an individual and as Successor in Interest of Decedent, Alfred Moreno*, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 1:23-cv-00449-SAB<br><br>ORDER RE: STIPULATION TO EXTEND NON-EXPERT DISCOVERY DEADLINE FOR A LIMITED PURPOSE<br><br>(ECF No. 29) |

Before the Court is the parties' stipulation to extend the non-expert discovery deadline for a limited purpose. Defendant United States re-noticed the deposition of Plaintiff Gabriel Moreno for March 14, 2025 after Mr. Moreno was unable to attend his previously set deposition on March 10, 2025. However, on March 11, 2025 counsel for Plaintiffs notified the United States that Gabriel Moreno is unable to attend his re-noticed deposition on March 14, 2025, because he is currently incarcerated in Fresno County Jail. In light of the foregoing, the parties have stipulated to extend the deadline for the close of non-expert discovery, currently set for March 14, 2025, to April 30, 2025, solely so the United States can depose Plaintiff Gabriel Moreno. The parties agree that no other dates will be impacted by this extension.

/ / /

/ / /

For good cause shown, the Court hereby approves the stipulation and ORDERS that non-expert discovery is extended from March 14, 2025, to April 30, 2025, for the limited purpose of the United States' deposition of Plaintiff Gabriel Moreno. All other non-expert discovery remains subject to the March 14, 2025 deadline, and all other dates remain as set in the Court's case scheduling order.

IT IS SO ORDERED.

Dated: __**March 11, 2025**__

STANLEY A. BOONE
United States Magistrate Judge