# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUANA MORENO, et al., | Case No. 1:23-cv-00449-SAB |
| Plaintiffs, | ORDER REQUIRING PLAINTIFFS TO FILE DISPOSITIONAL DOCUMENTS |
| v. | (ECF No. 40) |
| UNITED STATES OF AMERICA, | **JANUARY 30, 2026 DEADLINE** |
| Defendant. | |

On December 3, 2025, Plaintiffs filed a notice of settlement, informing the Court that a settlement has been reached and that dispositional documents will be filed on January 30, 2026. (ECF No. 40.) Accordingly, pursuant to the notice, it is HEREBY ORDERED that:

1. All pending matters and dates in this action are VACATED; and

2. Plaintiffs shall file dispositional documents **no later than January 30, 2026**. Any request for an extension shall be supported by good cause. L.R. 160(b).

IT IS SO ORDERED.

Dated: __**December 4, 2025**__

STANLEY A. BOONE
United States Magistrate Judge